# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

PARISH TILLMAN

VERSUS

JOHN DEERE CONSTRUCTION AND
FORESTRY COMPANY,
INDIVIDUALLY AND AS A
SUCCESSOR IN INTEREST TO
JOHN DEERE INDUSTRIAL
EQUIPMENT COMPANY F/K/A JOHN
DEERE CONSTRUCTION EQUIPMENT
COMPANY AND MATT MARIN

NO.   2024 CW 0583

**SEPTEMBER 23, 2024**

---

In Re:   Hudson Excess Insurance Company, applying for
         supervisory writs, 21st Judicial District Court, Parish
         of Tangipahoa, No. 202101418.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED.**

**MRT**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT